UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LYNETTE LAMBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.  2:18-cv-02122 CKD (SS)<br><br><br><br>ORDER |

In 2018, plaintiff filed this action, which resulted in a judgment for defendant in 2019. (ECF Nos. 1 & 21.) Plaintiff appealed the district court's decision affirming the Commissioner of Social Security's finding that her disability ended on January 1, 2015 under the Social Security Act. (ECF No. 22.)

On November 17, 2020, the United States Court of Appeals for the Ninth Circuit issued a memorandum reversing the district court's decision. (ECF No. 25.) The Ninth Circuit held that the ALJ erred in failing to articulate sufficient reasons for refusing to credit claimant's testimony about the severity of her medical condition, and that the error was not harmless. The Ninth Circuit remanded the case to the district court "with instructions to remand to the ALJ for proceedings consistent with this opinion."

On March 17, 2021, the Ninth Circuit issued its formal mandate pursuant to Rule 41(a) of

the Federal Rules of Appellate Procedure, such that its judgment entered November 17, 2020 is now in effect.

Accordingly, IT IS HEREBY ORDRED that this matter is remanded for further administrative proceedings consistent with the Ninth Circuit's November 17, 2020 order.

Dated:  March 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/lambert2122.remand

2